UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| REBECCA GIBBONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12-CV-395 CAS |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF REMAND

This matter is before the Court on the defendant's Motion for Remand. For the following reasons, the motion will be granted.

In the Motion for Remand, defendant requests that this case be remanded to the Commissioner for further administrative proceedings. Specifically, defendant states that significant portions of the recording of the administrative hearing held on October 11, 2011 are inaudible and therefore no transcription can be prepared of the hearing. Plaintiff states that she does not object to the defendant's motion. Defendant has not yet filed an Answer in this case. The Motion for Remand is therefore timely filed and the defendant has shown good cause for such remand. See 42 U.S.C. § 405(g); Buckner v. Apfel, 213 F.3d 1006, 1010 (8th Cir. 2000). The case will be remanded for a new administrative hearing and issuance of a new decision by the Administrative Law Judge.

Accordingly,

**IT IS HEREBY ORDERED** that the defendant's Motion for Remand is **GRANTED**. [Doc. 10]

**IT IS FURTHER ORDERED** that pursuant to sentence six of 42 U.S.C. § 405(g), this case is **REMANDED** to the Commissioner for further administrative proceedings, as set forth above.[1]

                                                                                                                      /s/ Charles A. Shaw
                                                                                                                      **CHARLES A. SHAW**
                                                                                                                      **UNITED STATES DISTRICT JUDGE**

Dated this  22nd  day of May, 2012.

---

[1] It is the Commissioner's duty to file with the district court the results of the proceedings upon remand. 42 U.S.C. § 405(g).